UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARENCE H. SMITH-BEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTIONS CORPORATION OF )<br>AMERICA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 09-0702 (PLF) |

ORDER

Pro se plaintiff Clarence H. Smith-Bey has filed two motions for the appointment of counsel. Mr. Smith-Bey is not proceeding in forma pauperis and therefore does not qualify for appointment of counsel from the Court's Civil Pro Bono Panel. See L. Civ. R. 83.11(b)(3).

Accordingly, it is hereby

ORDERED that Mr. Smith-Bey's Motion for Appointment of Counsel [2] is DENIED; and it is

FURTHER ORDERED that Mr. Smith-Bey's Motion to Appoint Counsel Pro Se [3] is DENIED.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: June 15, 2009