THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 24 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clarence Smith-Bey :
   Plaintiff :
  : Case No. 09-702
v. : P.L.F.
  :
Aramark Correction Services LLC :
   Defendants :

### PLAINTIFF FILE MOTION CONCERNING CONSTITUTIONAL RIGHTS 8TH AMENDMENT/PLAINTIFF PLANS TO SEEK COUNSEL

**Memorandum of Points and Authorities**

Plaintiff filed this action on April 15, 2009 concerning the two occasions while incarcerated at the Correctional Treatment Facility (CTF) after eating halfway through my food I discovered cock roaches in my kidney beans and oatmeal. I filed a grievance and I was informed that the cock roaches are bad, in the kitchen, but I was told in his remedy that I don't have to eat from the kitchen. In can purchase my food from the commissary canteen. At that time I started to become angry, stressful, and I started having headaches from mental anguish again.

I was emotionally disturbed behind the conclusion of that grievance. I do take pain medication for my headaches, that come and go. My Constitutional rights have been violated under the 8th amendment.

The Defendants Corrections Corporation of America (CCA) have made me and this said court aware that they are under contract to the DC Department of Corrections. However, since the burden lies on the District of Columbia also, Aramark Correction Services LLC is under contract with the District of Columbia they failed in their obligation to practice serve safe guidelines. Then negligence falls on all three Defendants because this matter has been going on

for a long time. But not a care of concern is given to fix these issues here for the interest of my health, welfare, and the best for human kind. Since the authority is left in the minds and hands of the District of Columbia, Aramark Correction Service LLC, and Correction Corporation of America. This violation of the 8th Amendment should not be taken for granted. This said court supports the Constitutional Amendments. As well as the prisoner's who's rights are faced with cruel and unusual punishment, still at a high level as we speak. The 8th Amendments ban on inflicting cruel and unusual punishment made applicable to the states by the 14th Amendment, as well as those that transgress today's broad and idealistic concepts of dignity civilized standards, humanity, and decency.

The court's must examine the affect upon inmates of the condition of sanitation; control of vermin and insects, food preparation, clean places for eating, protection from diseases, food born-illness, cross contamination, bacteria and germs, foul spell from your tray room and kitchen. These issues do exist here, who will it be next?

At this time I disagree with the attorney who is representing Corrections Corporation of America and the District of Columbia in this matter. The Assistant Attorney General didn't eat half of her food twice and discovered cock roaches. She also didn't have headaches, from such a stressful, and an emotional event. I resent the statement concerning this matter being frivolous. I also reject the offer of $100.00 to be put in my commissary account in her letter wrote to me June 18, 2009. Ms. Linda A. Seabrook didn't eat half of her meal on two occasions, and then discovering cock roaches in her food. She also didn't have headaches from this mad human drama. I see that she has no regard for the 8th Amendment.

I am seeking a civil attorney to represent me in this case. I ask the court's understanding on my behalf.

Respectfully submitted,

_____
Clarence H. Smith-Bey 187-524
1901 E Street, SE CCA/CTF
D4B C22
Washington, DC 20003

## CERTIFICATE OF SERVICE

I hereby certify that on this __20__ day of __July__ 20__09__ a copy of the foregoing motion was served via US mail to the recipients listed below.

| | |
|---|---|
| **Daniel P. Struck, Esquire** | **Steven J. Anderson, Esquire** |
| **Jones Skelon Hochuli** | **Office of Attorney General for the** |
| **2901 North Central Avenue** | **District of Columbia** |
| **Suite 800** | **441 Fourth Street, NW** |
| **Phoenix, AZ 85012** | **Suite 600S** |
| | **Washington, DC 20001** |

3