# The United States District Court
## For The District Of Columbia

Clarence Smith-Bey
    Plaintiff

CCA/CTF
    Defendants

Civil Action No. 09-702 PLF

RECEIVED
SEP 15 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion to Grant Additional Time To Respond

I am requesting additional time to respond, because of legal issues, computers, officials etc.

Respectfully Submitted
Clarence H. ~~Smith~~
1901 E st, S.E. CCA/C.T.F
Washington, D.C. 20003
Clarence H. Smith-Bey
187-524/D-4B C-22